United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE MACK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P.<br>and ASTRAZENECA, L.P.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C-06-0627 MMC<br><br>**ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

　　　　Before the Court is plaintiff's Case Management Conference Statement, filed May 2, 2006, by which plaintiff seeks to continue the May 12, 2006 case management conference in the instant action by approximately 120 days. Plaintiff states a continuance is necessary because she anticipates the instant action will be transferred for inclusion in MDL No. 1769, <u>In re Seroquel Products Liability Litigation</u>, and because she has not yet served the defendants. Because the instant action was filed January 30, 2006, the 120-day deadline for plaintiff to serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet elapsed.

　　　　Accordingly, for good cause shown,

　　　　1. The May 12, 2006 case management conference is hereby continued to

September 8, 2006 at 10:30 a.m.  A joint case management statement shall be filed no later than September 1, 2006.  The deadline to serve the defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, remains in effect.

**IT IS SO ORDERED.**

Dated: May 2, 2006

MAXINE M. CHESNEY
United States District Judge