**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    DIANNE MACK,                          No. C-06-0627 MMC

12              Plaintiff,              **ORDER CLOSING CASE FOR**
          v.                            **STATISTICAL PURPOSES ONLY**
13
      ASTRAZENECA PHARMACEUTICALS,
14    L.P., and ASTRAZENECA, L.P.,

15              Defendants
                                            /
16

17         On July 10, 2006, the above-titled action was transferred to the Middle District of

18   Florida for inclusion in MDL No. 1769, In re Seroquel Products Liability Litigation.  (See

19   Notice of Filing of Order Transferring Cases, filed July 19, 2006, Ex. A).  In light of the

20   transfer, the Court hereby CLOSES the case for statistical purposes only.

21         Nothing contained in this order shall be considered a dismissal or disposition of any

22   claim.  Should the matter be remanded to this Court by the Judicial Panel on Multidistrict

23   Litigation upon completion of the pretrial proceedings in the Middle District of Florida, any

24   party may take any appropriate action in the same manner as if this order had not been

25   entered.

26         **IT IS SO ORDERED.**

27
     Dated: July 21, 2006
28                                        MAXINE M. CHESNEY
                                          United States District Judge